# United States District Court
# Eastern District of California

| | |
|---|---|
| Lidia HERNANDEZ ANCELMO | Case Number: 1:26-cv-05579-DJC-CSK |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Polly Kaiser et al | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mari Alvarado hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lidia HERNANDEZ ANCELMO

On 05/26/2015 (date), I was admitted to practice and presently in good standing in the UTAH SUPREME COURT (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I anticipate concurrently filing an application for pro hac vice for Petitioner Juan Carlos Zepeda Juarez in a spearate matter to be filed on July 22, 2026.

Date: 07/22/2026 Signature of Applicant: /s/ Mari Alvarado

**Pro Hac Vice Attorney**

Applicant's Name: Mari Alvarado

Law Firm Name: ALVARADO TSOSIE & HAKES, PLLC

Address: 825 S 220 E

City: OREM State: UT Zip: 84058

Phone Number w/Area Code: (801) 375-0301

City and State of Residence: Provo Utah

Primary E-mail Address: mari@ath.law

Secondary E-mail Address: brixton@ath.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mihret Getabicha

Law Firm Name: California Labor Employment & Immigration Law Practice, P.C.

Address: 8885 Rio San Diego Dr Unit 237

City: San Diego State: CA Zip: 92108

Phone Number w/Area Code: (619) 923-4249 Bar # 326787

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 29, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE